IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-118

No. 56PA20

Filed 29 October 2021

WILLIAM EVERETT COPELAND IV and CATHERINE ASHLEY F. COPELAND, Co-Administrators of the ESTATE OF WILLIAM EVERETT COPELAND

v.

AMWARD HOMES OF N.C., INC.; CRESCENT COMMUNITIES, LLC; and CRESCENT HILLSBOROUGH, LLC

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 269 N.C. App. 143, 837 S.E.2d 903 (2020), reversing and remanding an order of summary judgment entered on 7 May 2018 by Judge W. Osmond Smith III in Superior Court, Orange County. On 15 December 2020, the Supreme Court allowed plaintiffs' conditional petition for discretionary review. Heard in the Supreme Court on 1 September 2021.

*Edwards Kirby, LLP, by William B. Bystrynski and David F. Kirby, and Holt Sherlin LLP, by C. Mark Holt and David L. Sherlin, for plaintiffs.*

*Cranfill Sumner LLP, by Steven A. Bader and F. Marshall Wall, for defendants Crescent Communities, LLC, and Crescent Hillsborough, LLC.*

*Pinto Coates Kyre & Bowers, PLLC, by Jon Ward, and Erwin Byrd for Amicus Curiae North Carolina Advocates for Justice.*

*Roberts & Stevens, PA, by David C. Hawisher, for Amicus Curiae North Carolina Association of Defense Attorneys.*

PER CURIAM.

*Opinion of the Court*

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.